**Gregorio R. MACHADO, Petitioner,**

v.

**Alberto R. GONZALES, U.S. Attorney General, Respondent.**

No. 05–60921.

United States Court of Appeals, Fifth Circuit.

March 9, 2007.

Leon Fresco, Holland & Knight, Rebecca Ann Sharpless, Miami, FL, for Petitioner.

David V. Bernal, Thomas Ward Hussey, Director, Ernesto Horacio Molina, Jr., Andrew Cunningham MacLachlan, Edward C. Durant, U.S. Department of Justice, Office of Immigration Litigation, Washington, DC, Trey Lund, U.S. Immigration and Customs Enforcement, Field Office Director, New Orleans, LA, for Respondent.

Alberto R. Gonzales, U.S. Department of Justice, Washington, DC, pro se.

Before REAVLEY, DEMOSS and BENAVIDES, Circuit Judges.

PER CURIAM: *

We reject Petitioner's argument that this case was improperly transferred to this Court under the Real I.D. Act, because his claim is not independent of his order of removal. We consider this case as a petition for review of a removal order which Petitioner has previously assailed in his first petition for review filed in this Court.

In 1999 this court dismissed Petitioner's first petition for review because of lack of jurisdiction. One panel cannot overrule another panel of the court. If we were to consider the claim of the manner of removal to give us jurisdiction, we would conclude that this is for Congress and the Executive and not for the courts.

DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.